UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRWISS PASOON**<br><br>Plaintiff,<br><br>v.<br><br>(1) CAREERIST, INC.;<br>(2) MIDWEST FIDELITY SERVICES, LLC; and<br>(3) JOHN DOES 1 through 30, inclusive,<br>Defendants. | Case No. 4:25-cv-05217-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CAREERIST, INC.'S MOTION TO EXTEND TIME**<br><br>Dkt. No. 13 |

Upon consideration of Defendant Careerist, Inc.'s Motion to Extend Time (the "Motion"), Dkt. No. 13, and the Declaration of Evgeny Krasnov in support thereof, it is hereby ORDERED that Defendant Careerist, Inc.'s Motion is **GRANTED IN PART AND DENIED IN PART.** The Court DENIES Careerist's request to stay the deadline to answer or otherwise respond to the Complaint pending resolution of Plaintiff's anticipated motion to remand. The Court GRANTS Careerist's request to extend the deadline to answer or otherwise respond an additional 30 days from June 27, 2025, the current deadline to answer or otherwise respond. Plaintiff shall respond to the Complaint by July 28, 2025.

**IT IS SO ORDERED.**

Dated: July 3, 2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1