UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mirwiss Pasoon<br><br>Plaintiff(s)<br>v.<br>Careerist, Inc. et al.<br><br>Defendant(s) | CASE No C 4:25-cv-05217-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: 10/1/2025      /s/Lauren Veggian
                     Attorney for Plaintiff

Date: 10/1/2025      /s/Evgeny Krasnov /s/IssaMoe
                     Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  10/3/2025

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019